# BLACKBURN RILEY, LLC

Attorneys at Law
BOSLEY HALL
222 COURTHOUSE COURT, SUITE 2F
BALTIMORE, MARYLAND 21204

(410) 825-8088  FAX (410) 321-4944

Carrie Blackburn Riley  CBR@BlackburnRiley.com
Lisa D. Sheehan

May 30, 2018

Ronald George Bailey-El
2121 Windsor Garden Lane, Apt A-110
Gwynn Oak, MD 21207

    Re: Bailey-El v. HABC
    United States District Court Case No: 1:15- CV-2063-RDB

Dear Mr. Bailey-El,

    On April 9, 2018, we mailed to you Interrogatories and Request for Documents in the above-referenced matter.  Pursuant to the rules of Civil Procedure, you have thirty days to respond. We have not received any response and the time has now passed.  Please provide your answers to the Interrogatories and Requests for Documents by June 15, 2018.  This is a good faith effort to resolve a discovery dispute.

    Thank you,

    Carrie Blackburn Riley