In The United States District Court
For The District Of Maryland

| | |
|---|---|
| Ronald G. Bailey-El (Plaintiff) | |
| vs. | Civil Action # |
| Housing Authority of Baltimore City, et. al | 1:15-CV-02063-TDB |

Opposition To Renewed Motion To Dismiss As Sanctions For Plaintiff's Failure To Provide Complete Answers To Interrogatories And Respond To Request For Production And Certification Of Good Faith Efforts

Plaintiff, Ronald G. Bailey-El, moving as the Pro Se Litigant do hereby solemnly affirm pursuant 28 USC 1746 the foregoing stated facts.

1) On April 9, 2018 Defendants, without a scheduling order in place by the Honorable, untimely served Interrogatories and Request for Production of Documents upon this Pro Se litigant

2) Unaccustomed to this procedure, as a pro se litigant, Plaintiff was compelled to respond or face summary dismissal by usage of bad faith procedure of which this case is the essence thereof and it is because of procedural abuse that this lawsuit was initiated.

3) Plaintiff never received this letter dated May 30, 2018 as Plaintiff recalls

4) Plaintiff, to the best of his ability, and without "Appointment of Counsel" has thus far put for Plaintiff's sincere intentions in bringing forth

2 OF 6

his case; although, Plaintiff in totality lacks the knowledge and skill to conduct a proper discovery proceeding without an attorney. Nevertheless, Plaintiff has time and time again informed the Defendants of the witnesses or defendants involved in this remaining issue left by the U.S. Court of Appeals for the Fourth Circuit, i.e. "Does the Plaintiff have a liberty interest in his arbitration hearing?" Therefore, Plaintiff provided the Defendants with "The Master Agreement Between The Housing Authority and the Plaintiff's Union AFL-CIO Local 647" whereby said agreement clearly stipulates Plaintiff's right to an arbitration hearing and his manifested liberty

interest in same. Moreover, Plantiff named the witnesses that will be called in this matter on the side of the Defendants whom are: Ms. Kimberly Graham, Ms Washington, Ms Sharon Larue, and Mr. Anthony Coates. All of these Defendants knew or should have known that the actions these Defendants had taken against Mr. Ronald G Bailey-El violated Mr. Bailey-El's unalienable secured human rights, constitutional rights, and Mr. Bailey-El's rights given Mr. Bailey-El via a secured contract and agreement between Defendants and Plantiff (See: Master Agreement Article 27)

Wherefore, if the Defendants are so dissatisfied by this Pro Se Litigants honest and earnest attempts to provide to them something impossible, then "Appointment of Counsel" can cure this matter; however, playing fast and loose and engaging in an exercise of futility, the Defendants keep opposing Plaintiff's Motion for Appointment of Counsel making Plaintiff feel as "... damned if do and damned if he doesn't."

Wherefore Still, pursuant to Fed.R.Civ.P. Rule 56(h), the Defendants have done nothing but redundantly sent forth Declarations in Bad Faith knowing Plaintiff has provided Defendants the Master Agreement and has named the key De-

fendants left in this civil action involving Plaintiff's ("Liberty Interest in Plaintiff's Arbitration Hearing.")

Wherefore Still, Plaintiff seeks this Court to grant Plaintiff Summary Judgment in his favor or in the Alternative at least grant Plaintiff an attorney and render unto this Citizen of First Class Status his day in Court without the ruse and trickery of Procedural and summary dismissal which is futile at this point and juncture of these Proceedings

Sincerely Respectful

March 19, 2019  Ronald @ Bailey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ronald G Bailey-El

v.

Housing Authority of Baltimore City, et al.

Case No. 1:15-CV-0263

### CERTIFICATE OF SERVICE

I hereby certify that on March 19th, 2019, a copy of Opposition To Renewed Motion To Dismiss for Failure To Provide Complete Discovery which was electronically filed in this case on March 20, 2019, was mailed via first class mail, postage prepaid, to Carrie Riley, Attorney, 222 Courthouse Court, Suite 2F, Baltimore, MD 21204

March 19, 2019
Date

Signature

Ronald George Bailey-El
Printed Name and Bar Number

2121 Windsor Garden Lane, Apt. A-10
Gwynn Oak, Md. 21207
Address

Email Address
Swiftangel33@gmail.com

Telephone Number
443-522-4753

Fax Number